**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**CEDRICK ALLBRITTON**                                                                                   **PLAINTIFF**

**V.**                                                        **CIVIL ACTION NO.** 3:23-cv-411-DPJ-FKB

**MILLER PIPELINE, LLC**                                                            **DEFENDANT**

## NOTICE OF REMOVAL

Defendant, Miller Pipeline (hereinafter "Defendant"), in accordance with the requirements of 28 U.S.C. § 1446, hereby gives notice and removes to this Court the civil action bearing the caption *Cedrick Allbritton vs. Miller Pipeline, LLC.*, Civil Action No. 23-296, which is currently pending in the Circuit Court of Hinds County, Mississippi, First Judicial District.

In support of this Notice of Removal, the Defendant shows to the Court as follows:

1. Plaintiff Cedrick Allbritton ("Plaintiff") filed this action against Defendant in the Circuit Court of Hinds County, Mississippi, First Judicial District, on or about May 31, 2023.

2. On June 7, 2023, Defendant was served with the Summons and Complaint in this action, or otherwise received notice of this action. A copy of the Complaint and Summons are attached separately hereto as Exhibits A and B, respectively. A complete copy of all process, pleadings, and orders obtained by Defendant is attached collectively hereto as Exhibit C, in accordance with 28 U.S.C. § 1446(a). These documents constitute the pleadings to date.

3. As required by 28 U.S.C. § 1446(b), this Notice of Removal is filed with this Court within thirty (30) days of receipt of the Summons and Complaint by Defendant.

4. This Court has original jurisdiction of this civil action under the provisions of 28 U.S.C. § 1331 because Plaintiff asserts claims arise under the laws of the United States.

Specifically, Plaintiff's Complaint alleges violations of the Title VII of the Civil Rights Act of 1964 and 42 U.S.C. § 1981. Therefore, this case presents a federal question.

5. Because this action satisfies the requirements of 28 U.S.C. § 1331, this Court has original jurisdiction over all claims alleged in the Complaint and this action is one that may be removed to this Court pursuant to 28 U.S.C. § 1441.

6. Venue is proper in this District pursuant to 28 U.S.C. §1441(a) because this District embraces the place where the removed state court action is pending.

7. Consistent with 28 U.S.C. § 1446(d), concurrent with the filing and service of this Notice of Removal, Defendant is serving upon all parties a copy of this Notice of Removal and are filing the same with the Clerk of Circuit Court, Hinds County, Mississippi, First Judicial District. The Notice filed with the Clerk of Circuit Court, Hinds County, Mississippi, First Judicial District is attached hereto as Exhibit D.

8. Defendant reserves all defenses, including, but not limited to, those under Rule 12(b) of the Federal Rules of Civil Procedure, and does not waive said defenses by the filing of this Notice of Removal.

WHEREFORE, Defendant prays that further proceedings in the Circuit Court, Hinds County, Mississippi, First Judicial District, be discontinued, that this action be removed to the United States District Court for the Southern District of Mississippi, and that this Court assume full jurisdiction of this action as provided by law.

DATED: June 27, 2023.                          Respectfully submitted,

                                                                  s/ M. Kimberly Hodges
M. Kimberly Hodges (MS Bar No. 100276)
Kim.Hodges@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
International Place Tower II

6410 Poplar Avenue, Suite 300
Memphis, Tennessee 38119
Telephone: (901) 767-6160
Facsimile: (901) 767-7411

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

The undersigned counsel for Defendant do hereby certify that on this 27th day of June 2023, a copy of the foregoing **NOTICE OF REMOVAL** was electronically submitted via the Court's ECF filing system, and that a copy of same was served via Electronic Mail, upon counsel for the Plaintiff in accordance with the Federal Rules of Civil Procedure:

Daniel D. Ware (MSB #10847)
WARE LAW FIRM, PLLC
103 3rd Street NW
Magee, MS 39111
(601) 439-7079 – Telephone
(601) 439-7063 – Facsimile
Email: dware@warelawfirm.com

*Attorneys for Plaintiff*

 *s/ M. Kimberly Hodges*
M. Kimberly Hodges (MSB #100276)
*Counsel for Defendant*